UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
CIVIL MINUTES -- GENERAL

O

Case No.   ED CV 09-00013-SGL(OPx)                                Date: January 29, 2009

Title:   OLIVIA ROMO -v- RECONTRUST COMPANY, ET AL.
==================================================================

PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    Jim Holmes                              None Present
    Courtroom Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None present                            None present

PROCEEDINGS:   ORDER SUMMARILY DISMISSING RICO CLAIM

    On January 13, 2009, the Court issued an Order requiring plaintiff to file a RICO case statement within fourteen days (docket # 7). In the Order the Court warned plaintiff that failure to file said case statement by the time specified would be deemed by the Court as her withdrawal of said claim and would result in the automatic summary dismissal of the RICO claim in her complaint. The date for filing has come and gone and no RICO case statement has been filed.

    Accordingly, the Court hereby **DISMISSES** the RICO claim in the complaint.

    IT IS SO ORDERED.

MINUTES FORM 90                                         Initials of Deputy Clerk __jh_____
CIVIL -- GEN                          1